UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID R. SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:13-1195 |
| | ) Judge Campbell/Brown |
| KENAN TRANSPORT, LLC, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Pursuant to order entered June 3, 2014 (Docket Entry NO. 21) this case has been referred to the undersigned for purposes of conducting a settlement conference. A telephone conference is set on **Tuesday, June 10, 2014, at 10:30 a.m.** to discuss a suitable date for the settlement conference. The parties shall call the Magistrate Judge's conference line of (615) 695-2857 in order to participate in this telephone conference.

It is so **ORDERED**.

JOHN S. BRYANT
United States Magistrate Judge