IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:13-cv-1195 |
| | ) | JUDGE CAMPBELL |
| KENAN TRANSPORT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before the Court is Defendant's motion for summary judgment. (Docket No. 33). For the reasons articulated in the accompanying Memorandum Opinion, Defendant's motion is GRANTED. Judgment is entered on Plaintiff's only claim, and this action is DISMISSED. The Clerk is directed to close the file, and any pending Motions are denied as moot. The pretrial conference set for April 6, 2014 and the trial set for April 14, 2014 are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE